MAY 23, 2008 05/23/2008

{ GRAND FUNK LOVES RAULES PERRY }
{ PAGE NUMBER — THIRD OR FOURTH PAGES }

# THIRD

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # MS. STEPHANIE ANN TSANTES.
4.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
5.- ARE YOU INCARCERATED # YES
6.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- ARE YOU EMPLOYED THERE # NO
8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND. ST., WILMINGTON DE., 19805, OR AT PETRUCON, 100 NORTH CLEVELAND AVE., WILMINGTON DE. 19805.
10.- MONTHLY SALARY RECEIVED # $16,00 OR 2,000.
11.- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
12.- LAST PAYMENT OF SALARY RECEIVED # $16,00 OR 2000.
13.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
14.- DID YOU HAVE CASH OR ANY ACCOUNT # NO
15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT
18.- DATE # 05/23/2008
19.- SIGNATURE # IVAN MENDEZ

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

FILED JUN 13 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
MOTION TO PROCEED IN FORMA PAUPERIS.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 818-2001
3.- DEFENDANTS # Ms. STEPHANIE ANN TSANTES.
4.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.
5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 05/23/2008
8.- TO # U.S. DISTRICT COURT
9.- NAME # U.S. DISTRICT COURT
10.- ADDRESS # 844 NORTH, KING STREET, LOCKBOX #18, WILMINGTON DE. 19801
11.- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION.
12.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
13.- DATE # 05/23/2008
14.- SIGNATURE # IVAN MENDEZ

( PLEASE TURN THIS FORM TO PAGE NUMBER FOUR )

{ HELEN HUNT LOVES BLACK SABBATH.
{ PAGE NUMBER    FOURTH OF FOURTH PAGES }     # FOURTH

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE # 05/23/2008

FROM # IVAN MENDEZ
INMATE'S NAME #

453351
S.B.L #

— I HEREBY CERTIFY —

I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS UNDER 28 USC 1915 (A), (2).

IVAN MENDEZ
SIGNATURE #
28 USC 1746   AND   18 USC 1621

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

(Law Library)
General Request Form.

BLDG. # S.H.U. #18
CELL # BL-3

| Legal Forms, Rules and/or Information Requested # | Quantity # |
|---|---|
| (42 USC 1983) Civil Right Complaints. | TEN |
| (28 USC 2254) Habeas Corpus Petitions. | TEN |
| (28 USC 2255) Motion Vacate, Set Aside or Correct Sentences. | TEN |
| (148 200) Request for Medical Records. | TEN |
| (766-147) U.S. Marshal Forms. | TEN |
| (0976) Motion to Withdraw a Guilty Plea. | TEN |
| (8306) Justice of the Peace, (Small Claims Form). | TEN |
| (28 USC 2101) Writ of Certiorary which is Jurisdictionally Out of Time. | TEN |
| (28 USC 1746) Form of a Declaration Form. | TEN |
| (Applications without Prepayments or Fees Forms). | TEN |
| (Applications in Forma Pauperis). | TEN |
| (Notice of Appeal Form). | TEN |
| (Motion for Leave to File Forms). | TEN |

NAME # IVAN MENDEZ         S.B.I # 453351         DATE # 05/23/2008
DATE RECEIVED # _____    ANY TO LOG # _____
DATE SENT # _____         STAFF INITIALS # _____
STAFF NOTES # _____

(Page Number Four)