{ ENHUAMA LOVES KRISTY ALLEY
  PAGE NUMBER FIRST OR FOURTH PAGES }

# FIRST

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- PLAINTIFF # IVAN MENDEZ

2.- CASE NUMBER # 318-2001

3.- DEFENDANTS # MS. STEPHANIE ANN TSANTES.

4.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.

5.- PLAINTIFF # IVAN MENDEZ

6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.

7.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT 100 THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT 100, SAME AS YOU KNOW IT 100 THAT IT HAS BEEN YEARS, WAITING FOR THOSE ANSWERS.

8.- IS THERE A PRISONER GRIEVANCE # YES

9.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES

10.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT 100.

11.- WHAT WAS THE RESULTS # NEGATIVE NO RESULTS AS YOU KNOW IT 100, SAME AS U KNOW IT 100 THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS 100.

12.- NAME OF DEFENDANTS # MS. STEPHANIE ANN TSANTES.

13.- IS EMPLOYED A # DEPUTY ATTORNEY GENERAL, AS YOU KNOW IT 100 ALL ABOUT IT.

14.- ADDRESS # DEPARTMENT OF JUSTICE, 114 EAST, MARKET STREET # 201, GEORGETOWN DELAWARE 19947, AS YOU KNOW IT 100 ALL ABOUT IT.

15.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, AS YOU KNOW IT 100 ~~~~~~~~ ALL OF THE STATEMENTS, GROUNDS AND

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

FACTS ON ALL OF THE MANY, MANY, MANY, MANY BUT MANY, MANY, DIFFERENT LEGAL FORMS AND LETTERS RAISED AGAINST THE HONORABLE MS. STEPHANIE ANN TSANTES, SINCE WHEN I WAS OVER AT S.C.I. IN GEORGETOWN DE., WHERE I HAVE EXPLAINED TO YOU TOO, ALL VERY WELL DETAILED TOO, AND I AM RAISING THIS LEGAL FORM AGAINST THE HONORABLE MS. STEPHANIE ANN TSANTES, FOR ALL OF THE DAMAGES, ABUSES AND FOR ALL OF THE EVIL THAT SHE HAD DONE TO ME AND TO MY LOVED ONES SINCE WHEN I WAS OVER AT S.C.I. OVER IN GEORGETOWN DE., AND FOR ALL OF THE INMATES THAT HER ALONG WITH OTHER PARTIES HAVE SENT IT TO KILL ME SINCE WHEN I WAS OVER AT S.C.I IN GEORGETOWN DE., AS YOU KNOW IT TOO ALL ABOUT IT, ON ALL OF THE MANY, MANY, MANY BUT MANY, MANY DIFERENT LEGAL FORMS AND LETTERS, SENDED TO YOU TOO, SINCE WHEN I WAS OVER AT S.C.I. IN GEORGETOWN DE., SAME AS YOU KNOW IT TOO THAT MY MANDATORY TIME WAS OVER LAST YEAR ON DECEMBER TWENTY THREE OF 2007, 12/23/2007 SAME AS YOU KNOW IT TOO THAT THE HONORABLE WARDEN MR. THOMAS CARROL AND THE GOD DAMN STAFF DON'T GAVE ME NOTHING OR HELP ME BECAUSE THEY SAID THAT I AM NOTHING BUT AN OLD WHITE RED NECK EVEN THAT THEY TREAT ME WORST, WORST, WORST, WORST, WORST, BUT REALLY TREAT ME WORST, WORST THAN HOW THEY TREAT THE GOOD SWEETHEARTED OLD WHITE AMERICAN COWBOYS (ALSO CALLED OLD WHITE RED NECKS BY EVIL PEOPLE AS YOU KNOW IT TOO ALL ABOUT IT) AN EXCEPTION OR COUNTED PEOPLE WHOM HELP ME SOMETIMES SUCH ARE THE HONORABLES SGT. MR. PAUL UNSWORTH, SGT. MR. SEFF, SGT. MR. E. BURTON, AND ONE OR TWO MORE, BUT NOBODY ELSE AS YOU KNOW IT TOO SAME AS YOU KNOW IT TOO ALL OF MY MEDICAL NEEDS, SAME AS YOU KNOW IT TOO THAT I AM DISABLED, HURTED, BROKEN, FRACTURED, DISLOCATED AND DAMAGED OF SO ME PARTS OF MY BODY, SAME AS YOU KNOW IT TOO THAT I DON'T HAVE TO BE SICK, LIKE ALL OF THOSE INMATES MENTIONED TO YOU TOO BEFORE WHOM HAVE TO BE RETARDED, SICK, DISABLED, INCOMPETENT AND HAVE EVERYTHING IN ORDER TO BAIL OUT FROM PRISON, BUT THEIR CASES IN COURT AND GET AWAY WITH THEIR CRIMES, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO, THAT MOST OF THEM DON'T WANT TO GET OUT FROM PRISON BECAUSE THEY TREAT

(PLEASE TURN THIS FORM TO PAGE NUMBER TWO)

{ THING ELIGEDIA TURES OZ KIND  05/23/2008
  GRAMPTON'S LOVES MEGG RYAN
  PAGE NUMBER SECOND OR FOURTH PAGES }     # SECOND

THEM BETTER OVER HERE ON PRISONS AND HOSPITALS, EVEN BETTER THAN ON THEIR OWN HOUSES, WITH TELEVISIONS, RADIOS, NEWSPAPERS, COMMISSARYS EXTRA FOOD AND OTHER THINGS, AND GIVE IT TO THEM THE BEST TREATMENT AND CARE AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO ALL OR THEM OVER ON THE S.C.I. IN GEORGETOWN DE., OVER IN D.P.C., IN NEW CASTLE DE., OVER HERE ON D.C.C., IN SMYRNA DE., AND ALL OR THE INMATES SEND IT TO KILL ME, ABUSE ME, DAMAGE ME, AND TO DO ALL KIND OR EVIL TO ME FROM THE PRISON OR GANDER HILL, OVER IN WILMINGTON DE, AND ALL OR THOSE WHOM ARE ON THIS PRISONS AND HOSPITAL, REMOVED FROM THAT SAME PRISON OF GANDER HILL AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT NOTHING CHANGES OVER HERE NEITHER, AND CAN YOU PLEASE HELP ME AT LEAST WITH SOME OR THE LEGAL FORMS REQUESTED ON THE GENERAL REQUEST FORM, AS YOU KNOW IT TOO WHAT IS GOING ON OVER HERE NOTHING CHANGES, AND ALSO LAST NIGHT ON 05/22/2008, I HAVE SEND IT MY REQUEST ALONG WITH TWO 28 USC 1746 FORMS OR A DECLARATION TO THE SUPPORT SERVICES OFFICE REQUESTING MY INMATE ACCOUNT STATEMENTS FOR THE PAST 6 MONTHS PERIOD FOR THE LEGAL FORMS # MENDEZ VS. EED, 1:08-CV-243 AND MENDEZ VS. KEMP, 1:08-CV-244, WHICH I DOUBT THEY WILL GIVE IT TO ME AS YOU KNOW IT TOO ALL ABOUT IT, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

16.- HOW HAVE YOU BEEN INJURED BY THE ACTION OF THE DEFENDANTS # PHYSICALLY, EMOTIONALLY, ~~VERBALLY~~, PSYCHOLOGICALLY AND IN MANY OTHER WAYS AS YOU KNOW IT TOO ALL ABOUT IT.

17.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION TOO.

18.- I DECLARE UNDER PENALTY OR PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

19.- DATE # 05/23/2008

20.- SIGNATURE # IVAN MENDEZ

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

I/M IVAN MENDEZ

SBI# 453351    UNIT SoHoVo #18

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801