U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISIONER IN FILLING A
COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. #1983.

08-362

RECEIVED AUG 15 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

1- PLAINTIFF # IVAN MENDEZ
1- CASE NUMBER # 318-2001
3- DEFENDANTS # MS. STEPHANIE ANN TSANTES.
1- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 U.S.C. #1983.
3- PLAINTIFF # IVAN MENDEZ
1- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977
1- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER, AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSILVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
3- IS THERE A PRISIONER GRIEVANCE # YES
1- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
3- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
1- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO, SAME AS YOU KNOW IT TOO THAT THE GRIEVANCE CHAIRPERSONS ARE MEMBERS OF THIS CRIMINAL ORGANISATION TOO, SAME AS YOU KNOW IT TOO THAT THEY TOO HAVE SEND IT PEOPLE TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME FROM GANDER HILL PRISON, FROM S.C.I PRISON, FROM D.P.C. STATE HOSPITAL AND FROM OVER HERE AT DELAWARE CORRECTIONAL CENTER TOO, AS YOU KNOW IT TOO ALL ABOUT IT.
2- NAME OF DEFENDANTS # MS. STEPHANIE ANN TSANTES AND OTHER PARTIES, AS YOU KNOW IT TOO ALL ABOUT IT.
3- EMPLOYED AS A # MS. STEPHANIE ANN TSANTES AS A DEPUTY ATTORNEY GENERAL AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THE JOBS AND POSITIONS OF THE OTHER PARTIES TOO.
1- ADDRESS # MS. STEPHANIE ANN TSANTES AT THE DEPARTMENT OF JUSTICE OVER AT 114 EAST MARKET STREET, GEORGETOWN DE., 19947, AND AS YOU KNOW IT TOO ALL OF THE ADDRESSES OF ALL OF THE OTHER PARTIES TOO.
5- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, YOU HAVE SAID ON YOUR
{PLEASE TURN THIS FORM TO THE OTHER SIDE}

ORDER DATED 07/30/2008, THAT I AM NOT IN ANY KIND OF PHYSICAL INJURY THAT I AM ONLY COMPLAINT OF HARM BY THE DEFENDANT WHEN I WAS OVER AT S.C.I. AND AS YOU KNOW IT TOO THAT YOU AND YOUR HONORABLE COURT KNOWS IT TOO, ▓ OF ALL OF THE ABUSES AND DAMAGES THAT MS. STEPHANIE ANN TSANTES, HAS DONE TO ME AND STILL DOING IT TO ME, SAME AS YOU AND YOUR HONORABLE COURT KNOW IT TOO ALL OF THE ABUSES AND DAMAGES AND ALL OF THE PEOPLE THAT SHE ALONG WITH OTHER PARTIES THEY HAVE SENT IT TO KILL ME (FROM GANDER HILL PRISON) SAME FROM S.C.I., D.R.C., AND D.C.C., WHILE I WAS OVER AT S.C.I., WHILE I WAS OVER AT D.R.C. AND WHILE I AM OVER HERE AT D.C.C., AS YOU KNOW IT TOO HOW MS. STEPHANIE ANN TSANTES ALONG WITH OTHER PARTIES SEND MR. SCOTT HAROLD TO KILL ME ON 04/20/2006 WHICH WAS THE LAST ATEMPT TO KILL ME WHERE SHE WAS INVOLUCRATED TOO, SAME AS YOU KNOW IT TOO THAT SHE IS INVOLUCRATED ALONG WITH OTHER PARTIES BY SENDING THE INMATE TO THROW HIS URINE (PEE) AT MYSELF, AND SEND THE INMATE WHOM LOOKS LIKE MR. TRAVIS CALDWELL TO HARRASSED ME ABOUT MY LEGAL CASES IN COURT AND OTHER ISSUES, AND SHE IS INVOLUCRATED TOO WITH MEDICAL, CORRECTIONS OFFICERS, COUNSELORS AND ALL OF THE STAFF HARRASSING ME AND ABUSING ME OVER HERE TOO ON SUPER MAX AND SHE IS INVOLUCRATED ALONG WITH OTHER PARTIES ON THE THROWING SOAP TO MR. ENON DOE DID IT WITH SARGEANT MR. HARRIS AND C/O MS. JANE DOE ON 06/30/2008, AND SHE ALONG WITH OTHER PARTIES IS INVOLUCRATED WITH THE C/O'S MR. ENON DOE I, MR. ENON DOE II AND MR. ENON DOE, THE SAME INMATE FROM 06/30/2008, SHE IS INVOLUCRATED ON THE 08/04/2008, AND MR. ENON DOE, THE INMATE STILL HERE ON THIS TIER, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE IF THEY DON'T KILL ME FIRST.

6- HOW HAVE ▓▓▓▓▓ YOU BEEN INJURED BY THE ACTIONS OF THE DEFENDANTS # PHYSICALLY, EMOTIONALLY, VERBALLY, PSYCHOLOGICALLY AND IN MANY OTHER WAYS AND ALMOST KILLED AS YOU KNOW IT TOO ALL ABOUT IT.

7- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

8- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

9- DATE # 08/13/2008

10- SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER, I HAVE OBTAINED ▓▓▓▓ A TELEVISION, ON 08/10/2008, BUT I WAS ON NEED OF IT ON 08/01/2008, 08/02/2008, 08/03/2008, BECAUSE I DON'T WATCH TELEVISION, I AM AN L.D.S. (MORMON) PERHAPS THAT I DON'T THINK ANY BODY NEED A TELEVISION, RADIO, NEWSPAPERS, MAGAZINES OR ANYTHING LIKE THAT OVER HERE ON PRISON AS YOU KNOW IT TOO ALL ABOUT IT.

[PLEASE TURN THIS FORM TO PAGE NUMBER ▓▓▓ (3 of 3)]

I/M IVAN MENDEZ
SBI# 453351   UNIT S.H.U. #18
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801-3570