{ AUGUST THIRTEEN OF 2008 }
{ NIRVANA LOVES COURTNEY LOVE AND BEAN CORBIN }
{ PAGE NUMBER FOURTEEN #14 OF EIGHTEEN #18 PAGES } #N14

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
MOTION TO PROCEED IN FORMA PAUPERIS.

08-362

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # MS. STEPHANIE ANN TSANTES.
4.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUEST THIS COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OR COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.
5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE, 19977.
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPARED ON # 08/13/2008, AUGUST 13 OF 2008
8.- TO # U.S. DISTRICT COURT.
9.- NAME # U.S. DISTRICT COURT.
10.- ADDRESS # 844 N. KING ST., LOCKBOX #18, WILMINGTON DE.
11.- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION.
12.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
13.- DATE # 08/13/2008
14.- SIGNATURE # IVAN MENDEZ

RECEIVED AUG 15 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

P.S. HONORABLE MASTER, PLEASE CONSIDER THAT THEY DON'T GAVE ME BOXERS TO WEAR SO I'M NOT WEARING BOXERS AND SARGEANT MR. EVON DOE, TRIED TO GAVE ME SOME USED FROM ANOTHER INMATE SO THEY CAN PLAY THEIR NASTY DIRTY EVIL DEEDS AND WORK ME AS YOU KNOW IT TOO ALL ABOUT IT, SO PLEASE CONSIDER THE CONDITIONS ON WHAT THEY KEEP ME AS YOU KNOW IT TOO THAT THEY TREAT ME WORST, WORST, WORST BUT THEY REALLY TREAT ME WORST THAN HOW THEY TREAT THE OLD WHITE AMERICAN COWBOYS, YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO HOW EVEN THE PEOPLE WHOM CALLED THEMSELVES HILLBILLIES, FORECAKERS OR WANZOS EUROPEAS HURT AND ABUSE THE OLD WHITE AMERICAN COWBOYS TOO AS YOU KNOW IT TOO ALL ABOUT IT.

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

D.C.C.

INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT FOR PRIOR SIX MONTHS PERIOD.

O# MR. JOSEPH HUDSON.
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977.

DATE# 08/13/2008

FROM# IVAN MENDEZ           453351
(INMATE NAME#)              S.B.I.#

———— I HEREBY CERTIFY ————

PURSUANT TO 28 USC 1915, (A), (2),
I AM REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE#

28 USC 1746 AND 18 USC 1621

{ PLEASE TURN THIS FORM TO PAGE NUMBER EIGHTEEN }

AUGUST THIRTEEN
{ OZZY OZBOURNE LOVES VAN HALEN AND MEGG RYAN }
{ PAGE NUMBER FIFTEEN #15      OF EIGHTEEN #18    PAGES } # 015

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

1- PLAINTIFF # IVAN MENDEZ
2- CASE NUMBER # 318-2001
3- DEFENDANTS # MS. STEPHANIE ANN TSANTES.
4- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
5- ARE YOU INCARCERATED # YES
6- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
7- ARE YOU EMPLOYED THERE # NO
8- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME 2901 W. 2ND. ST. WILMINGTON DE., 19805, OR AT PETRUCON, 100 N., CLEVELAND AVE. WILMINGTON DE., 19805.
10- MONTHLY SALARY RECEIVED # $16,00 OR 2,000.
11- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
12- LAST PAYMENT OF SALARY RECEIVED # $16,00 OR 2,000.
13- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
14- DO YOU HAVE CASH OR ANY ACCOUNT # NO
15- DO YOU OWN ANY PROPERTY # NO
16- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT
18- DATE # 08/18/2008
19- SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER, PLEASE, OR WHAT ARE YOU WAITING FOR, UNTIL THEY SMUGGLE A REGUNS LIKE MR. TRAVIS CALDWELL, HIS FRIEND AND THE OTHER PARTIES AS YOUR HONORABLE COURT KNOW IT TOO ALL ABOUT IT, ARE YOU WAITING UNTIL THEY SMUGLE GUNS OVER HERE ON THIS BUILDING OF SUPER MAX D.C. AS YOU KNOW IT TOO, HOW THE ▓▓▓▓▓ INMATE MR. JHON DOE THROW HIS PEED (URINE) AT MYSELF ON THIS TIER AND BUILDING OF SUPERMAX D.C. AND AS YOU KNOW IT TOO ALL OF THE ABUSES THAT THEY HAVE DONE AND STILL DOING IT TO MYSELF, SAME AS YOU KNOW IT TOO THAT THE COUNSELOR AND LT. L. SAVAGE DON'T WANT TO MOVE ME TO PROTECTIVE CUSTODY BECAUSE MS. LAURA KEMP IS INVOLVED CRATED TOO.

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }